UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY A. MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C04-2232-JCC<br><br><br><br>ORDER |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will consider the opinions of Fred T. Darvill, Jr., M.D. (Tr. 239), and Robert G. Hoskins, M.D. (Tr. 240-245); the ALJ will consider the lay evidence regarding Plaintiff's limitations (Tr. 145); the ALJ will further consider Plaintiff's residual functional capacity; and if necessary, the ALJ will further consider Plaintiff's ability to perform other work.

Page 1    ORDER- [C04-2232-JCC]

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this __17th_ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 2d day of May 2005:

s/  JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:     206-615-2531
daphne.banay@ssa.gov

Page 2      ORDER- [C04-2232-JCC]